**Electronically Filed
Supreme Court
SCWC-20-0000536
24-MAR-2025
07:51 AM
Dkt. 9 ODAC**

SCWC-20-0000536

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CHRISTINA D. COOK, BUBBY & YUKO LLC, E.J. TROSCLAIR,
YUKO DONLEY, KARI A. THOMPSON-STUEBER, AND JEREMY E. CHELLIN,
Respondents/Plaintiffs-Appellants,

vs.

THE ASSOCIATION OF APARTMENT OWNERS OF MT. TERRACE,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000536; CASE NO. 1CC181000125)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed on January 24, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, March 24, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

